# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2991 | **DATE** | 6/21/2006 |
| **CASE TITLE** | Richard Lepianka, et al. vs. Franklin Park Police Officers Emmett, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal with Prejudice As Against Franklin Park Police Officers Emmett, #103; Henniger, #77; Guliano, #86; and, Holland, #48, the said defendants are hereby dismissed with prejudice. This cause shall remain pending against the remaining defendant, The Village of Franklin Park.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|